# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00185-MR-WCM

| | |
|---|---|
| MARK GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ACCREDITED MANAGEMENT ) | |
| SOLUTIONS, LLC, UNITED ) | |
| MERCHANT ASSET RECOVERY ) | |
| OF WNY, LLC, and JEREMY ) | |
| BROWN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action against the Defendants Accredited Management Solutions, LLC; United Merchant Asset Recovery of WNY, LLC ("United Merchant"); and Jeremy Brown on July 20, 2021. [Doc. 1]. On August 20, 2021, the Clerk of Court made an entry of default as to United Merchant. [Doc. 7; as corrected, Doc. 8]. The Plaintiff subsequently filed a notice of voluntary dismissal as to the other Defendants. [Doc. 11]. Thus, United Merchant is the sole remaining defendant. However, the Plaintiff

appears to have made no effort to prosecute the action further against United Merchant.

The Court will allow the Plaintiff fourteen (14) days to file an appropriate motion or otherwise take further action with respect to the Defendant United Merchant. The Plaintiff is advised that failure to take further action against this Defendant will result in the dismissal of his remaining claims without prejudice.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant United Merchant Asset Recovery of WNY, LLC. **The Plaintiff is advised that failure to take further action against this Defendant will result in the dismissal of his remaining claims without prejudice.**

**IT IS SO ORDERED.**

Signed: January 5, 2022

Martin Reidinger
Chief United States District Judge